From: The District Court of the Fifteenth Judicial District. County of Sheridan.

STATE OF MONTANA, Plaintiff, vs. JOEL F. McCAMEY, Defendant.

Received at State Prison 9/21/67—Voluntary manslaughter, Carrying Concealed Weapons.

NO. 21

## DECISION

The application of the above-named defendant for a review of the sentence of 10 years, imposed on 9/21/1967, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) Change of sentence is denied.

The reason for the above decision is that this prisoner has acquired a record of seven felony convictions (two concurrent) and five state prison incarcerations. He will be eligible for parole consideration in July, 1968.

DATED this 27th day of March, 1968.

## SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip Duncan, Paul G. Hatfield.


From: The District Court of the First Judicial District. County of Broadwater.

STATE OF MONTANA, Plaintiff, vs. ROY V. MATTHIS, Defendant.

Received at State Prison 6/25/62—Wrongfully killing livestock.

NO. 15

## DECISION

The application of the above-named defendant for a review of the sentence of 10 years, imposed on 6/19/1962, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) Change of sentence is denied.

The reason for the above decision is that this prisoner has a record of several prior convictions and, particulary, his immediate past conviction was for the same offense for which he is now serving time. It is the opinion of the Board that his sentence should not be reduced.

DATED this 27th day of March, 1968.

## SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip Duncan, Paul G. Hatfield.